**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore DIVISION**

In re: JOBS, HOUSING, AND RECOVERY, INC. § Case No. 17-16093-MMH
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Zvi Guttman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $687,396.22 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $75,918.57 | | |

3) Total gross receipts of $763,314.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $763,314.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $143,546.72 | $700,851.12 | $650,753.45 | $650,753.45 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $68,418.57 | $75,918.57 | $75,918.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $501,315.77 | $494,685.35 | $494,685.35 | $36,642.77 |
| **TOTAL DISBURSEMENTS** | $644,862.49 | $1,263,955.04 | $1,221,357.37 | $763,314.79 |

4) This case was originally filed under chapter 7 on 05/02/2017.  The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   07/11/2018         By: /s/ Zvi  Guttman
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3500-3508 Clifton Ave., Baltimore, MD 21216, Owner, Valuation Method: State Dept of Assess- ment and Taxation Records | 1110-000 | $643,127.73 |
| Donation | 1290-000 | $25.84 |
| 3504 Ellerslie Ave., Baltimore, MD 21218, Owner, Valuation Method: State Dept of Assess- ment and Taxation Records | 1110-000 | $120,161.22 |
| **TOTAL GROSS RECEIPTS** | | **$763,314.79** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cotton Duck Title Company | 4110-000 | NA | $37,701.02 | $37,701.02 | $37,701.02 |
| | Cotton Duck Title Company | 4110-000 | NA | $18,665.18 | $18,665.18 | $18,665.18 |
| | Director of Finance for Baltimore City | 4110-000 | NA | $350,000.00 | $350,000.00 | $350,000.00 |
| 9 | Mayor and City Council of Baltimore | 4700-000 | NA | $230.00 | $230.00 | $230.00 |
| 10 | Mayor and City Council of Baltimore | 4700-000 | NA | $6,521.31 | $6,521.31 | $6,521.31 |
| 11 | Mayor and City Council of Baltimore | 4700-000 | NA | $710.83 | $710.83 | $710.83 |
| 14 | Maryland Department of Housing and Community Devel c/o Wendy D. Pullano Bregman, Berbert, Schwartz & Gilday, LLC | 4110-000 | NA | $287,022.78 | $236,925.11 | $236,925.11 |
| N/F | AmeriNat Mortgages | 4110-000 | $17,882.72 | NA | NA | NA |
| N/F | AmeriNat Mortgages | 4110-000 | $125,664.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$143,546.72** | **$700,851.12** | **$650,753.45** | **$650,753.45** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Zvi Guttman | 2100-000 | NA | $41,415.74 | $41,415.74 | $41,415.74 |
| Trustee, Expenses - Zvi Guttman | 2200-000 | NA | $68.63 | $68.63 | $68.63 |
| Attorney for Trustee Fees - The Law Offices of Zvi Guttman, P.A. | 3110-000 | NA | $0.00 | $7,500.00 | $7,500.00 |
| Attorney for Trustee, Expenses - The Law Offices of Zvi Guttman, P.A. | 3120-000 | NA | $459.70 | $459.70 | $459.70 |
| Costs re Sale of Property - Closing Costs | 2500-000 | NA | $4,526.56 | $4,526.56 | $4,526.56 |
| Costs re Sale of Property - Cotton Duck Title Company | 2500-000 | NA | $7,771.51 | $7,771.51 | $7,771.51 |
| Costs re Sale of Property - Stewart Title Guaranty Company | 2500-000 | NA | -$200.00 | -$200.00 | -$200.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,186.43 | $1,186.43 | $1,186.43 |
| Accountant for Trustee Fees (Other Firm) - Larry Strauss, ESQ CPA & Associates, Inc. | 3410-000 | NA | $5,411.00 | $5,411.00 | $5,411.00 |
| Accountant for Trustee Expenses (Other Firm) - Larry Strauss, ESQ CPA & Associates, Inc. | 3420-000 | NA | $190.00 | $190.00 | $190.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Cotton Duck Title Company | 3510-000 | NA | $7,194.00 | $7,194.00 | $7,194.00 |
| Realtor for Trustee Expenses - Cotton Duck Title Company | 3520-000 | NA | $395.00 | $395.00 | $395.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $68,418.57 | $75,918.57 | $75,918.57 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | M&T Bank | 7100-000 | $263,601.73 | $269,896.33 | $269,896.33 | $20,030.75 |
| 2 | De Lage Landen Financial Services att: T. Veitz | 7100-000 | $7,792.00 | $92,799.67 | $92,799.67 | $6,887.26 |
| 3 | LAWRENCE LAW, LLC CATHERINE LAWRENCE, ESQ. | 7100-000 | $8,500.00 | $3,595.00 | $3,595.00 | $266.81 |
| 4 | Lindsey & Associates | 7100-000 | $14,816.00 | $14,976.25 | $14,976.25 | $1,111.48 |
| 5 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | 7100-000 | $789.00 | $1,802.00 | $1,802.00 | $133.74 |
| 6 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | 7100-000 | $8,396.00 | $9,067.00 | $9,067.00 | $672.92 |
| 7 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | 7100-000 | $681.00 | $1,545.40 | $1,545.40 | $114.69 |
| 8 | Infinity Baltimore LLC | 7100-000 | $48,000.00 | $96,000.00 | $96,000.00 | $7,124.78 |
| 12 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $1,941.00 | $1,829.41 | $1,829.41 | $135.77 |
| 13 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $3,726.00 | $2,217.45 | $2,217.45 | $164.57 |
| 15 | Redwood Toxicology Laboratory | 7200-000 | $443.00 | $956.84 | $956.84 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | AFLAC American Family Life Assurance Co. | 7100-000 | $267.00 | NA | NA | NA |
| N/F | AP Woodson Company | 7100-000 | $2,092.00 | NA | NA | NA |
| N/F | AmTrust North America - Workers' Comp | 7100-000 | $2,410.00 | NA | NA | NA |
| N/F | BGE  (1450 Montpelier Street) | 7100-000 | $1,185.56 | NA | NA | NA |
| N/F | BGE  (1478 Montpelier) | 7100-000 | $316.00 | NA | NA | NA |
| N/F | BGE (106 E. North Avenue) | 7100-000 | $28.00 | NA | NA | NA |
| N/F | BGE (1458 Montpelier Street - 102) | 7100-000 | $183.00 | NA | NA | NA |
| N/F | BGE (1482 Montpelier Street) | 7100-000 | $606.00 | NA | NA | NA |
| N/F | BGE (1486 Montpelier St) | 7100-000 | $706.91 | NA | NA | NA |
| N/F | BGE (3500 Clifton  - EFT) | 7100-000 | $6,135.00 | NA | NA | NA |
| N/F | BGE (Bloom St. Apt. 1A - EFT) | 7100-000 | $1,207.99 | NA | NA | NA |
| N/F | BGE (Bloom Street Apt. 1B - EFT) | 7100-000 | $889.08 | NA | NA | NA |
| N/F | BGE (Bloom Street Apt. 2A - EFT) | 7100-000 | $867.15 | NA | NA | NA |
| N/F | BGE (Bloom Street Apt. 2B - EFT) | 7100-000 | $540.86 | NA | NA | NA |
| N/F | BGE (Bloom Street Apt. 3A - EFT) | 7100-000 | $765.31 | NA | NA | NA |
| N/F | BGE (Bloom Street Apt. 3B - EFT) | 7100-000 | $1,535.27 | NA | NA | NA |
| N/F | BGE (Bloom Street PS - EFT) | 7100-000 | $2,691.23 | NA | NA | NA |
| N/F | BGE (Ellerslie Rental - CK) | 7100-000 | $897.19 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | BGE - LJ Ross (Collector for BGE) | 7100-000 | $985.00 | NA | NA | NA |
| N/F | Bogman, Inc. | 7100-000 | $5,291.00 | NA | NA | NA |
| N/F | Bogman, Inc. - 3504 Ellerslie | 7100-000 | $589.00 | NA | NA | NA |
| N/F | Broadview Networks | 7100-000 | $12,177.97 | NA | NA | NA |
| N/F | Carroll Home Services | 7100-000 | $1,988.00 | NA | NA | NA |
| N/F | Centric Leasing Landen Financial Services | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Chase Ink Cardmember Services | 7100-000 | $21.99 | NA | NA | NA |
| N/F | Chase Ink Cardmember Services | 7100-000 | $30,707.01 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $284.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $653.00 | NA | NA | NA |
| N/F | Culligan of Annapolis - CH - Vero | 7100-000 | $33.00 | NA | NA | NA |
| N/F | Department of Finance Bureau of Revenue Collections | 7100-000 | $4,526.00 | NA | NA | NA |
| N/F | EZStorage | 7100-000 | $447.00 | NA | NA | NA |
| N/F | Eikenberg Printing Company | 7100-000 | $335.00 | NA | NA | NA |
| N/F | FP Mailing Solutions | 7100-000 | $441.00 | NA | NA | NA |
| N/F | GBS Premium Group Benefits | 7100-000 | $1,893.72 | NA | NA | NA |
| N/F | Heritage Food Service | 7100-000 | $79.55 | NA | NA | NA |
| N/F | Jennifer Galstad | 7100-000 | $11,000.00 | NA | NA | NA |
| N/F | Legal Shield | 7100-000 | $454.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | M&T - Capital Management Services, LP | 7100-000 | $825.00 | NA | NA | NA |
| N/F | M&T Bank | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | MD DLLR, Div. of Unemployment Insurance | 7100-000 | $35.00 | NA | NA | NA |
| N/F | Montpelier Kennedy Associates, LLP | 7100-000 | $10,800.00 | NA | NA | NA |
| N/F | Moveable Feast, Inc. FKA-MD Community Kitchen | 7100-000 | $21,450.00 | NA | NA | NA |
| N/F | Offit Kurman | 7100-000 | $2,100.00 | NA | NA | NA |
| N/F | Protective Instruments, Inc. | 7100-000 | $247.00 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $656.00 | NA | NA | NA |
| N/F | Rudolph's Office & Computer Supply | 7100-000 | $208.00 | NA | NA | NA |
| N/F | Sprint Communications | 7100-000 | $3,281.00 | NA | NA | NA |
| N/F | T-Mobile | 7100-000 | $1,242.00 | NA | NA | NA |
| N/F | Traveler's Claims Remittance Center | 7100-000 | $2,052.00 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $504.25 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$501,315.77** | **$494,685.35** | **$494,685.35** | **$36,642.77** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-16093-MMH
Case Name: JOBS, HOUSING, AND RECOVERY, INC.
For Period Ending: 07/11/2018

Trustee Name: (400140) Zvi Guttman
Date Filed (f) or Converted (c): 05/02/2017 (f)
§ 341(a) Meeting Date: 06/06/2017
Claims Bar Date: 08/14/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3500-3508 Clifton Ave., Baltimore, MD 21216, Owner, Valuation Method: State Dept of Assess- ment and Taxation Records | 500,435.72 | 500,435.72 | | 643,127.73 | FA |
| 2 | 3504 Ellerslie Ave., Baltimore, MD 21218, Owner, Valuation Method: State Dept of Assess- ment and Taxation Records | 94,517.28 | 94,517.28 | | 120,161.22 | FA |
| 3* | Donation (u) (See Footnote) | 25.84 | 25.84 | | 25.84 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$594,978.84** | **$594,978.84** | | **$763,314.79** | **$0.00** |

RE PROP# 3    United Way Donation - 2018

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 09/30/2018    **Current Projected Date Of Final Report (TFR):** 02/27/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-16093-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | JOBS, HOUSING, AND RECOVERY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5769 | Account #: | ******1900 Checking |
| For Period Ending: | 07/11/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/03/17 | | Cotton Duck Title Company | Sale Proceeds for 3504 Ellerslie AVe. per Order entered 6/20/17 {p. 20] | | 48,434.51 | | 48,434.51 |
| | {2} | Travis R. Levass, Michelle D. Colombo | Gross Sale Proceeds from 3504 Ellerslie Ave., Baltimore, MD 21218 per Order entered 6/20/17 [P. 20]  $120,161.22 | 1110-000 | | | 48,434.51 |
| | | | Payoff of First Mortgage Loan to Amerinational Community SErvices  -$18,665.18 | 4110-000 | | | 48,434.51 |
| | | | Payoff of Lien to MD Dept of Housing & Community  -$37,701.02 | 4110-000 | | | 48,434.51 |
| | | | Real Estate Commissions  -$7,194.00 | 3510-000 | | | 48,434.51 |
| | | | Realtor Expenses  -$395.00 | 3520-000 | | | 48,434.51 |
| | | | Other Closing Costs  -$7,771.51 | 2500-000 | | | 48,434.51 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.73 | 48,378.78 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.54 | 48,302.24 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 67.15 | 48,235.09 |
| 10/27/17 | | Stewart Title Guaranty CompanyWells Fargo SFF | Gross Sale Proceeds for 3500, 3504-3506 Clifton Ave., Baltimore, MD 21216 per Order [P. 30] entered 9/18/17 | | 249,481.72 | | 297,716.81 |
| | {1} | Sinsheimer Holdings, Inc. | Gross Sale Proceeds  $500,003.49 | 1110-000 | | | 297,716.81 |
| | | Maryland Department of Housing and Community Devel c/o Wendy D. Pullano Bregman, Berbert, Schwartz & Gilday, LLC | First Mortgage Payoff  -$129,719.48 | 4110-000 | | | 297,716.81 |
| | | Maryland Department of Housing and Community Devel c/o Wendy D. Pullano Bregman, Berbert, Schwartz & Gilday, LLC | Payoff of second mortgage  -$108,813.59 | 4110-000 | | | 297,716.81 |
| | | | Closing Costs  -$4,526.56 | 2500-000 | | | 297,716.81 |
| | | Mayor and City Council of Baltimore | lien-property registration  -$230.00 | 4700-000 | | | 297,716.81 |
| | | | Page Subtotals: | | $297,916.23 | $199.42 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                                     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 17-16093-MMH | Trustee Name: | Zvi Guttman (400140) |
| --- | --- | --- | --- |
| Case Name: | JOBS, HOUSING, AND RECOVERY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5769 | Account #: | ******1900 Checking |
| For Period Ending: | 07/11/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Mayor and City Council of Baltimore | water bill  -$6,521.31 | 4700-000 | | | 297,716.81 |
| | | Mayor and City Council of Baltimore | lien  -$710.83 | 4700-000 | | | 297,716.81 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.84 | 297,594.97 |
| 11/20/17 | {1} | AmeriNat | Balance of Sale Proceeds | 1110-000 | 143,124.24 | | 440,719.21 |
| 11/27/17 | 101 | Director of Finance for Baltimore City | Payoff-Second Lien | 4110-000 | | 350,000.00 | 90,719.21 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 496.66 | 90,222.55 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 226.13 | 89,996.42 |
| 01/31/18 | | State of Maryland-Treasurers Office | Overpayment Refund | 4110-000 | | -1,607.96 | 91,604.38 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.38 | 91,462.00 |
| 05/01/18 | | Stewart Title Guaranty Company | Excess Recording Fees refund for title recordation | 2500-000 | | -200.00 | 91,662.00 |
| 05/01/18 | {3} | Unite Way of Central Maryland | United Way Donation | 1290-000 | 25.84 | | 91,687.84 |
| 05/14/18 | 102 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $41,415.74; Claim # FEE; Filed: $41,415.74 Voided on 05/14/2018 | 2100-000 | | 41,415.74 | 50,272.10 |
| 05/14/18 | 102 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $41,415.74; Claim # FEE; Filed: $41,415.74 Voided: check issued on 05/14/2018 | 2100-000 | | -41,415.74 | 91,687.84 |
| 05/14/18 | 103 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $68.63; Claim # TE; Filed: $68.63 Voided on 05/14/2018 | 2200-000 | | 68.63 | 91,619.21 |
| 05/14/18 | 103 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $68.63; Claim # TE; Filed: $68.63 Voided: check issued on 05/14/2018 | 2200-000 | | -68.63 | 91,687.84 |
| 05/14/18 | 104 | Larry Strauss, ESQ CPA & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $5,411.00; Claim # ; Filed: $5,411.00 Voided on 05/14/2018 | 3410-000 | | 5,411.00 | 86,276.84 |
| 05/14/18 | 104 | Larry Strauss, ESQ CPA & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $5,411.00; Claim # ; Filed: $5,411.00 Voided: check issued on 05/14/2018 | 3410-000 | | -5,411.00 | 91,687.84 |
| 05/14/18 | 105 | Larry Strauss, ESQ CPA & | Distribution payment - Dividend | 3420-000 | | 190.00 | 91,497.84 |
| | | | **Page Subtotals** | | **$143,150.08** | **$349,369.05** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 17-16093-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | JOBS, HOUSING, AND RECOVERY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5769 | Account #: | ******1900 Checking |
| For Period Ending: | 07/11/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Associates, Inc. | paid at 100.00% of $190.00; Claim # ; Filed: $190.00 Voided on 05/14/2018 | | | | |
| 05/14/18 | 105 | Larry Strauss, ESQ CPA & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $190.00; Claim # ; Filed: $190.00 Voided: check issued on 05/14/2018 | 3420-000 | | -190.00 | 91,687.84 |
| 05/14/18 | 106 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $7,500.00; Claim # ; Filed: $0.00 Voided on 05/14/2018 | 3110-000 | | 7,500.00 | 84,187.84 |
| 05/14/18 | 106 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $7,500.00; Claim # ; Filed: $0.00 Voided: check issued on 05/14/2018 | 3110-000 | | -7,500.00 | 91,687.84 |
| 05/14/18 | 107 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $459.70; Claim # ; Filed: $459.70 Voided on 05/14/2018 | 3120-000 | | 459.70 | 91,228.14 |
| 05/14/18 | 107 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $459.70; Claim # ; Filed: $459.70 Voided: check issued on 05/14/2018 | 3120-000 | | -459.70 | 91,687.84 |
| 05/14/18 | 108 | M&T Bank - PO Box 1508 Buffalo | Distribution payment - Dividend paid at 7.42% of $269,896.33; Claim # 1; Filed: $269,896.33 Voided on 05/14/2018 | 7100-000 | | 20,030.75 | 71,657.09 |
| 05/14/18 | 108 | M&T Bank - PO Box 1508 Buffalo | Distribution payment - Dividend paid at 7.42% of $269,896.33; Claim # 1; Filed: $269,896.33 Voided: check issued on 05/14/2018 | 7100-000 | | -20,030.75 | 91,687.84 |
| 05/14/18 | 109 | De Lage Landen Financial Services att: T. Veitz | Distribution payment - Dividend paid at 7.42% of $92,799.67; Claim # 2; Filed: $92,799.67 Voided on 05/14/2018 | 7100-000 | | 6,887.26 | 84,800.58 |
| 05/14/18 | 109 | De Lage Landen Financial Services att: T. Veitz | Distribution payment - Dividend paid at 7.42% of $92,799.67; Claim # 2; Filed: $92,799.67 Voided: check issued on 05/14/2018 | 7100-000 | | -6,887.26 | 91,687.84 |
| 05/14/18 | 110 | LAWRENCE LAW, LLC CATHERINE LAWRENCE, ESQ. | Distribution payment - Dividend paid at 7.42% of $3,595.00; Claim # 3; Filed: $3,595.00 Voided on 05/14/2018 | 7100-000 | | 266.81 | 91,421.03 |
| 05/14/18 | 110 | LAWRENCE LAW, LLC CATHERINE LAWRENCE, ESQ. | Distribution payment - Dividend paid at 7.42% of $3,595.00; Claim # 3; Filed: $3,595.00 Voided: check issued on 05/14/2018 | 7100-000 | | -266.81 | 91,687.84 |
| 05/14/18 | 111 | Lindsey & Associates | Distribution payment - Dividend paid at 7.42% of $14,976.25; | 7100-000 | | 1,111.48 | 90,576.36 |

**Page Subtotals:** $0.00   $921.48

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 17-16093-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | JOBS, HOUSING, AND RECOVERY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5769 | Account #: | ******1900 Checking |
| For Period Ending: | 07/11/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # 4; Filed: $14,976.25 Voided on 05/14/2018 | | | | |
| 05/14/18 | 111 | Lindsey & Associates | Distribution payment - Dividend paid at 7.42% of $14,976.25; Claim # 4; Filed: $14,976.25 Voided: check issued on 05/14/2018 | 7100-000 | | -1,111.48 | 91,687.84 |
| 05/14/18 | 112 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $1,802.00; Claim # 5; Filed: $1,802.00 Voided on 05/14/2018 | 7100-000 | | 133.74 | 91,554.10 |
| 05/14/18 | 112 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $1,802.00; Claim # 5; Filed: $1,802.00 Voided: check issued on 05/14/2018 | 7100-000 | | -133.74 | 91,687.84 |
| 05/14/18 | 113 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $9,067.00; Claim # 6; Filed: $9,067.00 Voided on 05/14/2018 | 7100-000 | | 672.92 | 91,014.92 |
| 05/14/18 | 113 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $9,067.00; Claim # 6; Filed: $9,067.00 Voided: check issued on 05/14/2018 | 7100-000 | | -672.92 | 91,687.84 |
| 05/14/18 | 114 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $1,545.40; Claim # 7; Filed: $1,545.40 Voided on 05/14/2018 | 7100-000 | | 114.69 | 91,573.15 |
| 05/14/18 | 114 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $1,545.40; Claim # 7; Filed: $1,545.40 Voided: check issued on 05/14/2018 | 7100-000 | | -114.69 | 91,687.84 |
| 05/14/18 | 115 | Infinity Baltimore LLC | Distribution payment - Dividend paid at 7.42% of $96,000.00; Claim # 8; Filed: $96,000.00 Voided on 05/14/2018 | 7100-000 | | 7,124.78 | 84,563.06 |
| 05/14/18 | 115 | Infinity Baltimore LLC | Distribution payment - Dividend paid at 7.42% of $96,000.00; Claim # 8; Filed: $96,000.00 Voided: check issued on 05/14/2018 | 7100-000 | | -7,124.78 | 91,687.84 |
| 05/14/18 | 116 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 7.42% of $1,829.41; Claim # 12; Filed: $1,829.41 Voided on 05/14/2018 | 7100-000 | | 135.77 | 91,552.07 |
| 05/14/18 | 116 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 7.42% of $1,829.41; Claim # 12; Filed: $1,829.41 Voided: check issued on 05/14/2018 | 7100-000 | | -135.77 | 91,687.84 |
| 05/14/18 | 117 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 7.42% of $2,217.45; Claim # 13; Filed: $2,217.45 | 7100-000 | | 164.57 | 91,523.27 |

Page Subtotals:    $0.00    -$946.91

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 17-16093-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | JOBS, HOUSING, AND RECOVERY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5769 | Account #: | ******1900 Checking |
| For Period Ending: | 07/11/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Voided on 05/14/2018 | | | | |
| 05/14/18 | 117 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 7.42% of $2,217.45; Claim # 13; Filed: $2,217.45 Voided: check issued on 05/14/2018 | 7100-000 | | -164.57 | 91,687.84 |
| 05/14/18 | 118 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $41,415.74; Claim # FEE; Filed: $41,415.74 | 2100-000 | | 41,415.74 | 50,272.10 |
| 05/14/18 | 119 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $68.63; Claim # TE; Filed: $68.63 | 2200-000 | | 68.63 | 50,203.47 |
| 05/14/18 | 120 | Larry Strauss, ESQ CPA & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $5,411.00; Claim # ; Filed: $5,411.00 | 3410-000 | | 5,411.00 | 44,792.47 |
| 05/14/18 | 121 | Larry Strauss, ESQ CPA & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $190.00; Claim # ; Filed: $190.00 | 3420-000 | | 190.00 | 44,602.47 |
| 05/14/18 | 122 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $7,500.00; Claim # ; Filed: $0.00 | 3110-000 | | 7,500.00 | 37,102.47 |
| 05/14/18 | 123 | The Law Offices of Zvi Guttman, P.A. | Distribution payment - Dividend paid at 100.00% of $459.70; Claim # ; Filed: $459.70 | 3120-000 | | 459.70 | 36,642.77 |
| 05/14/18 | 124 | M&T Bank | Distribution payment - Dividend paid at 7.42% of $269,896.33; Claim # 1; Filed: $269,896.33 | 7100-000 | | 20,030.75 | 16,612.02 |
| 05/14/18 | 125 | De Lage Landen Financial Services att: T. Veitz | Distribution payment - Dividend paid at 7.42% of $92,799.67; Claim # 2; Filed: $92,799.67 | 7100-000 | | 6,887.26 | 9,724.76 |
| 05/14/18 | 126 | LAWRENCE LAW, LLC CATHERINE LAWRENCE, ESQ. | Distribution payment - Dividend paid at 7.42% of $3,595.00; Claim # 3; Filed: $3,595.00 | 7100-000 | | 266.81 | 9,457.95 |
| 05/14/18 | 127 | Lindsey & Associates | Distribution payment - Dividend paid at 7.42% of $14,976.25; Claim # 4; Filed: $14,976.25 | 7100-000 | | 1,111.48 | 8,346.47 |
| 05/14/18 | 128 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $1,802.00; Claim # 5; Filed: $1,802.00 | 7100-000 | | 133.74 | 8,212.73 |
| 05/14/18 | 129 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $9,067.00; Claim # 6; Filed: $9,067.00 | 7100-000 | | 672.92 | 7,539.81 |
| 05/14/18 | 130 | AmTrust North America, Inc. on behalf of First Nonprofit Insurance Company c/o Maurice Wutscher LLP | Distribution payment - Dividend paid at 7.42% of $1,545.40; Claim # 7; Filed: $1,545.40 | 7100-000 | | 114.69 | 7,425.12 |
| 05/14/18 | 131 | Infinity Baltimore LLC | Distribution payment - Dividend paid at 7.42% of $96,000.00; Claim # 8; Filed: $96,000.00 | 7100-000 | | 7,124.78 | 300.34 |

Page Subtotals: $0.00 $91,222.93

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 17-16093-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | JOBS, HOUSING, AND RECOVERY, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5769 | Account #: | ******1900 Checking |
| For Period Ending: | 07/11/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/14/18 | 132 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 7.42% of $1,829.41; Claim # 12; Filed: $1,829.41 | 7100-000 | | 135.77 | 164.57 |
| 05/14/18 | 133 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 7.42% of $2,217.45; Claim # 13; Filed: $2,217.45 | 7100-000 | | 164.57 | 0.00 |
| | | **COLUMN TOTALS** | | | 441,066.31 | 441,066.31 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 441,066.31 | 441,066.31 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$441,066.31** | **$441,066.31** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | |
|---|---|
| **Case No.:** 17-16093-MMH | **Trustee Name:** Zvi Guttman (400140) |
| **Case Name:** JOBS, HOUSING, AND RECOVERY, INC. | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***5769 | **Account #:** ******1900 Checking |
| **For Period Ending:** 07/11/2018 | **Blanket Bond (per case limit):** $3,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1900 Checking | $441,066.31 | $441,066.31 | $0.00 |
| | **$441,066.31** | **$441,066.31** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)